UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**

V.                                                                    **CRIMINAL ACTION NO.**
                                                                              **3:96CR55- J**
**GREGORY THOMAS GOUGH**


## MEMORANDUM AND ORDER

    This matter is before the Court on defendant Gregory Thomas Gough's motion to vacate. For the reasons set forth below, the Court is of the opinion that the motion is without merit, and is duplicative of arguments presented and rejected repeatedly over the past decade.

    In May of 1996, defendant was indicted on a large number of counts connected with armed bank robberies. On February 13, 1997, a jury returned a verdict of guilty as to all 27 counts of the superseding indictment. The Judgment and Commitment entered in May of 1997. Mr. Gough appealed, and in April of 1999, the United States District Court for the Sixth Circuit issued its mandate affirming the judgment. Mr. Gough then filed a petition pursuant to 28 U.S.C. Sec. 2255. This Court denied the petition in March of 2001. Five years later, Mr. Gough filed a Rule 35 Motion to Correct, but he subsequently voluntarily withdrew that motion. In August of 2006, Mr. Gough filed a motion to modify sentence. This Court denied that motion in March of 2007, and in January of 2008, the Sixth Circuit affirmed the denial.

    The argument presented here is that the sentence imposed exceeded what was permissible under the United States Sentencing Guidelines. The Court has reviewed the papers filed in connection with past procedural steps and has confirmed that the same argument has been

1

presented to and rejected by both this Court and the appellate court. The flaw in the argument has been previously explained, and there is no basis for re-examining this matter.

Accordingly,

IT IS ORDERED:

1. Defendant Gough's pending motions are denied as attempting to relitigate matters that are the subject of long final decisions herein.

2. Any attempt to appeal this order would be frivolous and not in good faith.

This is a final order.